# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                                       **CASE NO.: 2:92-CR-074 (2)**
                                                    **JUDGE SMITH**
                                                    **MAGISTRATE JUDGE KEMP**

**RONALD L. MINOR,**

    **Defendant.**

## ORDER

On March 23, 2012, the Magistrate Judge issued a Report and Recommendation recommending that the Defendant be sentenced to a term of imprisonment of seven months to run concurrently with the balance of his state sentence and that no additional period of supervised release be imposed (Doc. 35).

The Magistrate Judge held a revocation hearing on March 23, 2012. The Defendant stipulated to the violations of supervised release described in the Probation Officer's reports. The Court also heard argument from both counsel, as well as from the Defendant himself. Based on all this information, the Magistrate Judge recommended that Defendant's supervised release be revoked and that he be sentenced to seven months imprisonment to run concurrently with the balance of his state sentence and that no additional term of supervised release be imposed.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation. Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and hereby confirms the revocation of Defendant's supervised release. Defendant is sentenced to seven months imprisonment to run concurrently with the balance of his state sentence and no additional term of supervised release.

**IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**